**FILED**

AUG 11 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 09-50265 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 2:07-cr-00449-PSG-6 |
| v. | Central District of California, Los Angeles |
| PETER XUONG LAM, AKA Kiet, | ORDER |
| Defendant - Appellant. | |



Before: Peter L. Shaw, Appellate Commissioner

The opening brief submitted on May 10, 2010 has been filed.

The parties' joint motion for modification of the April 19, 2010 order is granted.

The government's motion for leave to file an oversized answering brief is granted. The Clerk shall file the answering brief submitted on July 12, 2010, consisting of 15,807 words.

Appellant's unopposed motion for an extension of time to file the reply brief is granted. The optional reply brief, not to exceed 9,500 words, is due August 30, 2010.