UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 30 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

PETER XUONG LAM, AKA Kiet,

Defendant - Appellant.

No. 09-50265

D.C. No. 2:07-cr-00449-PSG-6
U.S. District Court for Central
California, Los Angeles

**ORDER**



RECEIVED
CLERK, U.S. DISTRICT COURT

MAR 2 9 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The reply brief submitted on August 30, 2010 is filed.

Within 7 days of this order, appellant is ordered to file 7 copies of the brief

in paper format, with a gray cover, accompanied by certification (attached to the

end of each copy of the brief) that the brief is identical to the version submitted

electronically. A sample certificate is available on the Court's website,

www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Liora Anis
Deputy Clerk