THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
JOSEPH O. JOHNS (No. 144524)
Assistant United States Attorney
Chief, Environmental Crimes Section
    1300 U.S. Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4536
    Email: joseph.johns@usdoj.gov
RONALD J. TENPAS
Assistant Attorney General
ELINOR COLBOURN
Senior Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Environmental Crimes Section
    601 D. St., NW
    Washington, DC 20004
    Telephone: (202) 305-0321
    Facsimile: (202) 305-0397

Attorneys for Plaintiff
United States of America

E-FILED 02/13/12
LINK #351

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 07-00449 (PSG) |
| Plaintiff, | [~~PROPOSED~~] PRELIMINARY ORDER FOR FORFEITURE |
| v. | |
| PETER X. LAM, | (GOVERNMENT'S MOTION FOR A PRELIMINARY ORDER OF FORFEITURE AND SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES CONCURRENTLY FILED) |
| Defendant. | |

[PROPOSED] ORDER

This matter having come before the Court upon motion of the United States of America for a Preliminary Order of Forfeiture; and the Court having considered said motion and the bases therefore as well as the opposition thereto; and good and sufficient cause having been shown; the Court makes the following findings and orders:

WHEREAS, on October 29, 2008, a jury found defendant Peter X. Lam guilty of Counts One, Two, Three and Four of the Redacted Indictment;

WHEREAS, on _____**May**_____, this Court, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, determined that defendant Lam participated in the conspiracy alleged in Count One, to cause merchandise to be introduced into the United States in violation of 18 U.S.C. § 545, which property includes the specific property identified in Attachment A hereto, that is 267,570 pounds of frozen fish fillets, as well as an additional $12,578,676 worth of such merchandise that was introduced into the United States pursuant to the conspiracy during the time defendant Lam was a participant in the conspiracy;

WHEREAS, the United States has filed a Motion for Entry of Preliminary Order of Forfeiture which would consist of an order of forfeiture of the specific 267,570 pounds of frozen fish fillets identified in Attachment A hereto, and of a personal money judgment in the amount of $12,578,676 for defendant Lam;

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary

proceeding is required to the extent that the forfeiture consists of a money judgment";

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendant Lam shall forfeit to the United States the sum of $12,578,676.

IT IS FURTHER ORDERED that defendant Lam shall forfeit to the United States the 267,570 pounds of frozen fish fillets identified in Attachment A hereto, pursuant to Title 18, United States Code, Section 545 and Rule 32.2(b) of the Federal Rules of Criminal Procedure;

IT IS FURTHER ORDERED that the United States, through its appropriate agency, having previously seized the forfeited property, shall forthwith publish on www.forfeiture.gov, a government website, for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order;

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to defendant at the

1  time of sentencing, and shall be made part of the sentence and
2  included in the judgment;
3     IT IS FURTHER ORDERED that the United States may, at any
4  time, move pursuant to Rule 32.2(e), and 21 U.S.C. § 853(p)(1)(B)
5  and (p)(2), and 28 U.S.C. § 2461(c), to amend this Order of
6  Forfeiture to substitute property having a value not to exceed
7  $3,041,398.97 for defendant Lam to satisfy the money judgment in
8  whole or in part; and
9     IT IS FURTHER ORDERED that the Clerk of the Court shall
10 forward four certified copies of this Order to Senior Trial
11 Attorney Elinor Colbourn, U.S. Department of Justice, Environment
12 and Natural Resources Section, 601 D St., NW, Room 2132,
13 Washington, D.C. 20004.

15 SO ORDERED:
                                    2012.
16 DATED this __13th__ day of February, ~~2009~~.

                                    /s/ Phil S. G.
18                                   _____
                                    HONORABLE PHILIP S. GUTIERREZ
                                    UNITED STATES DISTRICT JUDGE

20 ATTEST:

22 CLERK OF THE COURT

23 BY:_____
        Deputy Clerk

28                                  4