SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
JAMES H. LOCKLIN (No. 162520)
Deputy Federal Public Defender
(E-mail: James_Locklin@fd.org)
JENNIFER J. UYEDA (No. 238602)
Deputy Federal Public Defender
(E-mail: Jennifer_Uyeda@fd.org)
321 East 2nd Street
Los Angeles, California  90012-4202
Telephone (213) 894-7524
Facsimile (213) 894-0081

Attorneys for Defendant
PETER XUONG LAM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PETER XUONG LAM,<br><br>　　　　Defendant. | NO. CR-07-449-PSG-6<br><br>UNOPPOSED EX PARTE APPLICATION FOR ORDER CONTINUING THE STATUS CONFERENCE; DECLARATION OF COUNSEL<br><br>[(Proposed) Order Filed Concurrently Herewith] |

　　　　Defendant Peter Xuong Lam, through his attorneys of record, Deputy Federal Public Defenders James H. Locklin and Jennifer J. Uyeda, applies ex parte to this Honorable Court for an order continuing the status conference from June 17, 2013 to August 19, 2013 at 3:00 p.m., or to a later date that is convenient to this Court.

///

///

In the alternative, if the Court denies this ex parte application for a continuance, Mr. Lam requests that the Court accept his waiver of presence at the status conference because he currently lives in the Northern District of California.

The government does not oppose this request.

This application is based upon the attached declaration of counsel, all of the filings, records and files in this case.

                                       Respectfully submitted,

                                       SEAN K. KENNEDY
                                       Federal Public Defender

                                       JAMES H. LOCKLIN
                                       Deputy Federal Public Defender

DATED: June 4, 2013        By  */s/ Jennifer J. Uyeda*
                                             JENNIFER J. UYEDA
                                           Deputy Federal Public Defender

## DECLARATION OF JENNIFER J. UYEDA

I, Jennifer J. Uyeda, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California assigned to the above-entitled action.

2. On April 8, 2013, the Ninth Circuit vacated the $12.58 million forfeiture order and remanded this case for consideration of that order. *United States v. Lam*, No. 12-500-80, Dkt # 591, filed April 14, 2013.

3. On May 16, 2013, this Court scheduled a status conference for June 17, 2013, requiring all parties and Mr. Lam to be present.

4. Because the parties are currently engaged in settlement negotiations regarding the sole issue at resentencing -- the forfeiture order -- they request that the status conference be continued to August 19, 2013 at 3:00 p.m. This two-month continuance takes into account time for settlement discussions involving coordination with a Vietnamese interpreter for Mr. Lam who currently lives in the Northern District of California.

5. The parties will notify the Court if a settlement proposal has been reached, or in the alternative, whether a briefing schedule should be calendared.

6. On June 4, 2013, I emailed this ex parte application to Elinor Colbourn and Joseph Johns, the prosecutors assigned to this case. They indicated that the government has no objection to this ex parte application to continue.

7. Accordingly, I request that status conference be continued from June 17, 2013 to August 19, 2013 at 3:00 p.m.

//
//

8. In the alternative, if the Court denies this request for a continuance, I respectfully request that the Court not require Mr. Lam's presence at the status conference because he lives out of the district. A waiver of presence was filed on June 3, 2013.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: June 4, 2013           */s/ Jennifer J. Uyeda*
                              JENNIFER J. UYEDA
                              Deputy Federal Public Defender

4